# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA

2007 APR 12 A 9: 22

| | |
|---|---|
| Steven Ray Minar #217624 ) | |
| Full name and prison number ) | |
| of plaintiff(s) ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. 2:07-CV-317-ID |
| Warden James Deloach in his ) | (To be supplied by Clerk of |
| Individual and Official Capacity ) | U.S. District Court) |
| Deputy Warden Phyllis Billups in ) | |
| her Individual and Official Capacity ) | |
| Sgnt. King In her Individual and ) | |
| Official Capacity ) | |
| Sgnt. Sonja Rose in her Individual ) | |
| and Official Capacity ) | |
| Officer Hawkins and Officer Hawn ) | |
| in their Individual & Official Capacity ) | |
| Name of person (s) who violated ) | |
| your constitutional rights. ) | |
| (List the names of all the ) | |
| persons.) ) | |

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES (  )   NO ( x )

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES (  )   NO ( x )

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____

         _____

         Defendant(s) _____

         _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT <u>Draper Corretional Facility</u>
<u>P.O. Box 1107 Elmore alabama 36025</u>

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED <u>Draper Correc-</u>
<u>tional Facility (A Dorm) Living area and bathroom.</u>

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Warden James Deloach | P.O. Box 1107 Elmore, Al. 36025 |
| 2. Deputy Warden Phyllis Billups | " " |
| 3. Sgnt. Sonja Rose | " " |
| 4. Sgnt. King | " " |
| 5. Officer Hawkins | " " |
| 6. Officer Hawn | " " |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED <u>March 17, 2007</u>

2

V. **STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:**

GROUND ONE: Wreckless Disreguard and Deliberate Indifference Violation of Eighth Amendment United States Constitution

SUPPORTING FACTS: On March 17, 2007 I Steven Minar was assaulted by three inmates which led to other inmates joining the assault. This incident ocurred in the presense of the officer that was on duty. Draper Correctional Facility has had numerous assaults on inmates recently. Draper Correctional Facility is under staffed and also guards usually work double shifts causeing them over exhausted and unattentive to inmates assaults.

I Steven Minar has exhausted my administrative remedy procedure. I filed a greivance after the assault once after i was released from hospital. Conference with Warden Deloach resulted and He said I had no right to know anything about the incident. (QUOTE) NONE OF MY F___KING BUSSINESS WHAT HAPPENS.

GROUND TWO: Failure To Protect Violation of Eighth and Fourteenth Amendment U.S.C.

SUPPORTING FACTS: Even after Officer Hawkins and Officer Hawns saw the incident occur, It was'nt until the next day the incident was addressed. My houseing assignment is arround very hostile violent inmates. Tere is no seperation of inmates according to there crimes. Rivalry Gang Members are housed in same houseing dormitory often rapeing and extoting inmates. Due to so many inmates waiting to be placed in segregation for failure of urinalysis test. Ther is no place for protective custody. Inmates who are assaulted are involved in a altification are usually placed in (D) dorm which is still population. I AM STILL IN IMINENT FEAR FOR MY LIFE.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

INJUNCTIVE RELIEF: Removal from Draper Correctional Facility to a safe facility. Remedy to hire more competent trained officer, in stead of allowing officers to work there self into exhaustion placeing other inmates at risk. Terminate Officers who were directly and indirectly involved. Seperation of violent inmates from nonviolent inmates here at DRAPERS'

COMPENSATORY DAMAGES: $250,000.00 FOR THE INJURIES RESULTING FROM THE OFFICERS LACK OF PROTECTION.

cc RELEASE FROM CONFINEMENT.

_____ 217624
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on ___4-13-07___.
                  (Date)

_____ 217624
Signature of plaintiff(s)

RECEIVED 2007 APR 17 A 9:47
A.P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

4

On March 17, 2007 during the 1st shift around 10:00 am and 11:30 am. I Steven Minor #217624 was assaulted by 3 or more inmates for approximately 30 minutes or more. The incident started all because I would not wipe another mans urine off a toilet seat. After I refused, I was assaulted by one inmate hitting me with his fist on the right side of my face. I swung back defensively and the next thing I knew there was three inmates hitting me. I started to get the best of them and out of no where another inmate hit me with a lock, this is when I went unconscious. When I came back to my senses there was more inmates than I could count stomping and hitting me with locks in a sock. All I could do was protect my face by putting my hands over my face to keep them from killing me.

Once they stop beating me they put me on my rack and told me if I left my rack it better only be to use the restroom or they would stab me and showed me a huge shank.

So I thought after what they did already they meant business, and there was no intervention from the cell officers. I was scared for my life.

Then in the same cell about 10 minutes later another inmate Dexter L. Holmes #247684

got jumped on and ran to the shift office. The officer assigned to the Cell Block I was housed in locked the cell down and begin to walk around checking all inmates wrist band to see rather or not inmates were in there assigned Cell Block.

- I exposed my face to the guard when he came by my rack, but the guard kept walking deliberately overlooking me.
- The next day I was called to the shift office by Sgt. Sonja Rose. Because one because one of the inmates that assaulted me told Sgt. Sonja Rose I hit him in the face with a lock.
- I had a taboggan on when I went into the shift office; Once I removed the taboggan Sgt. Sonja Rose recognized that I had been assaulted and said they "Oh my God!" What happen to you.
- The hold side of my face was severely bruised and noticeable. My ribs felt like they were broke and my wrist was swollen bad. These injuries are documented. Sgt. Rose ask me why I didn't not come to the shift office, and I told her they threatened me with a shank. "Sgt. Rose then said there was no excuse," that I could have told a guard. The guards assigned to the Cell Block already knew but didn't do anything about it. They then escorted me to Staton Medical Care, where I stayed for four days.

The reason im filing this complaint is because my VIII Amendment Right has been violated. The Officers assigned to the cell block where i'm housed overlooked this assault which could have cost me my life.

The Shift Supervisor was not notified by the Officers assigned which is poor supervision because no time did she ever do a security check of the cell im housed in.

Warden James Deloach and Deputy Warden Billups are responsible for screening these Officers routinely to make sure that they are competent enough to perform there daily duties.

Sgnt. Sonja Rose made the statement that I should have come to the shift office indicating that I was responsible for the assault that occurred on me. This is an unlawful cruel and unusual act that shouldn't have went un noticed by the officials named. "Deliberate Indifference", Wreckless Disregard attaches to this situation resulting in a Failure To Protect which is the officials duties to keep violence down and from occurring when another inmate is assaulted by numerous of other inmates.

Steven R Minor 211629
P.O. Box 1107  CH1-08-A
Elmore AL 36025

MONTGOMERY AL
11 APR 2007 PM

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

Office of the Clerk
United States District Court
P.O Box 711
Montgomery AL
36101-0711