RECEIVED
2007 APR 12 A 9:22
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

# IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
### AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

Quinn Ray Munn #217624
Plaintiff(s)

2:07-CV-317-ID

vs.

Warden James Delouch Et. AL
Defendant(s)

I, _____, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below is true.

1. Are you presently employed?      YES ( )   NO (✓)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.

   _____
   _____

   B. If the answer is NO, state the date of last employment and the amount of salary and wages per month which you received.
   Cracker Barrel, Montgomery AL, year of 2005
   $725.00 a month

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession or form of self-employment? YES ( )   NO (✓)
   B. Rent payments, interest or dividends?   YES ( )   NO (✓)
   C. Pensions, annuities or life insurance payments? YES ( )   NO (✓)
   D. Gifts or inheritances?   YES ( )   NO (✓)
   E. Any other sources?   YES (✓)   NO ( )

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months.

Emily Minar deposits $40 to $60 a month into my PMOD Account. Also Vincent Minar deposits $50.00 about every 3 to 5 months.

3. Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts.]   YES (✓)   NO ( )

If the answer is YES, state the total value of the items owned.

PMOD account balance $23.00

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?   YES ( )   NO ( )

If the answer is YES, describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support.

Andrew Crompton (son)
Daylen McNeill (daughter)
0 now while incarceration - Payed child support prior to Incareration on son

_____
Signature of Affiant

STATE OF ALABAMA        )
COUNTY OF Montgomery AL )

Before me, a notary public in and for said County, in said State, personally appeared  Steven Ray Minar , whose name is signed to the foregoing complaint, who being duly sworn, deposes on oath and says:

That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

_____
Signature of Affiant

Sworn to and subscribed before me this 29 day of March, 2007

_____
Notary Public        My Commission Expires March 25, 2008

_____ County, Alabama

OR

```
                       STATE OF ALABAMA
                   DEPARTMENT OF CORRECTIONS
                   DRAPER CORRECTIONAL FACILITY


AIS #: 217624      NAME: MINAR, STEVEN RAY           AS OF: 03/24/2007

                   # OF       AVG DAILY        MONTHLY
           MONTH   DAYS       BALANCE          DEPOSITS
-----------------------------------------------------------------------

           JAN      7         $0.00            $0.00
           FEB     28         $0.00            $0.00
           MAR     31         $0.00            $0.00
           APR     30         $0.00            $0.00
           MAY     31         $0.00            $0.00
           JUN     30         $0.00            $0.00
           JUL     31         $0.00            $0.00
           AUG     31         $0.00            $0.00
           SEP     30         $0.00            $0.00
           OCT     31         $3.22            $65.38
           NOV     30         $2.56            $20.00
           DEC     31        $16.36           $100.00
           JAN     24         $8.64            $90.00
```