IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEVEN RAY MINAR, #217624, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07-CV-317-ID |
| ) | [WO] |
| ) | |
| JAMES DELOACH, et al., ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

On May 29, 2007, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it ORDERED as follows:

1. The Recommendation of the Magistrate Judge is hereby ADOPTED, APPROVED and AFFIRMED; and

2. The plaintiff's case be and the same is hereby DISMISSED without prejudice for failure to pay the initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1)(A) as ordered by the court.

Done this 15th day of June, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE