```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005459
Cashier ID: khaynes
Transaction Date: 06/11/2008
Payer Name: DRAPER CORR FACILITY
-----------------------------------
PLRA CIVIL FILING FEE
 For: Steven Ray Minar
 Case/Party: D-ALM-2-07-CV-000317-001
 Amount:        $24.00
-----------------------------------
CHECK
 Check/Money Order Num: 3185
 Amt Tendered:  $24.00
-----------------------------------
Total Due:      $24.00
Total Tendered: $24.00
Change Amt:     $0.00
```